

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

August 16, 2023

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

    Re:    *Cortez v. FM 49 CW Corp. et al.*
               Eastern District Case No.: 23-CV-4779-JMA-JMW

Dear Judge Azrack:

    My office is counsel for the Plaintiff in the above-referenced matter. We write with the consent of Defendants' counsel to advise the Court that the matter has been settled in principle between the parties. Accordingly, we respectfully request that the deadlines in this action be adjourned *sine die* to allow the parties to prepare and, in necessary, file the papers in connection with the settlement.

    Should the Court require anything further, please do not hesitate to contact the undersigned. Thank you for your time and courtesies.

                                      Respectfully submitted,
                                      Law Offices of Yale Pollack, P.C.

                                      */s/ Yale Pollack*_____
                                      Yale Pollack, Esq.

cc:    Defendants' Counsel (via ECF)