UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OSCAR CORTEZ, on behalf of himself and others similarly situated,

                                Plaintiff,

-against-

FM 49 CW CORP., J & S CAR WASH, INC., LITTLE NECK CAR WASH INC., CHARLES MESSINA, FERNANDO MAGALHAES, and ERNESTO J. LOPES,

                                Defendants.
---------------------------------------------------------------X

Case No.: 23-CV-4779

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 17 2024 ★
LONG ISLAND OFFICE

Upon the joint application of the parties, by their respective counsel, for entry of an Order of Voluntary Dismissal approving their Fair Labor Standards Act settlement agreement in the above-captioned action, and such parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is HEREBY ORDERED AS FOLLOWS:

1.     The parties' settlement has been negotiated in good faith and at arm's length by the parties through their respective counsel;

2.     The settlement is approved as a fair and reasonable disposition of the Fair Labor Standards Act claims asserted by plaintiff in this action;

3.     Accordingly, this action is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
       January 17, ~~2023~~ 2024

SO ORDERED.

/s/ ( JMA )
United States District Judge
Joan M. Azrack